# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62285-DSL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EXPERIENCE TIRES INC., a Florida Profit Corporation and BAURLEY INDUSTRIES LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, EXPERIENCE TIRES INC. and BAURLEY INDUSTRIES LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

| | |
|---|---|
| By: _Ronald E. Stern_ | By: _Kenneth L. Minerley_ |
| Ronald E. Stern, Esq. | Kenneth L. Minerley, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 521840 |
| THE ADVOCACY LAW FIRM, P.A. | Ashley D. Adras, Esq. |
| 1835 E Hallandale Beach Blvd., # 757 | Florida Bar No. 119632 |
| Hallandale, FL 33009 | MINERLEY FEIN, P.A. |
| Telephone: (954) 639-7016 | 1200 N. Federal Highway, Suite 420 |
| Facsimile: (954) 639-7198 | Boca Raton, FL 33432 |
| Email: ronsternlaw@gmail.com | Telephone: 561-362-6699 |
| Attorney for Plaintiff | Facsimile: 561-447-9884 |
| | Email: Ken@minerleyfein.com, |
| | ashley@minerleyfein.com |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62285-DSL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EXPERIENCE TIRES INC., a Florida Profit Corporation and BAURLEY INDUSTRIES LLC, a Florida Limited Liability Company

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 14, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN